UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| OLANREWAJU TUNDE OJO, | No. 2:23-cv-1096-WBS KJN |
| Petitioner, | |
| v. | ORDER |
| WARDEN, F.C.I. HERLONG, | |
| Respondent. | |

----oo0oo----

Petitioner, proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Docket No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 3, 2024, the Magistrate Judge filed findings and recommendations recommending that the case be dismissed under Local Rule 110 and Federal Rule of Civil Procedure 41(b) based on petitioner's failure to respond to the Magistrate Judge's order to show cause after petitioner did not respond to respondent's

1

motion to dismiss.  (Docket Nos. 8, 9.)  The findings and recommendations were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court agrees that the case should be dismissed, though for different reasons than the recommendation of the Magistrate Judge.  Based on the record, it appears that petitioner has not exhausted his administrative remedies.  (See Vickers Decl. ¶¶ 7-8 (Docket No. 7-1).)  Accordingly, the court will grant respondent's motion to dismiss the petition for failure to exhaust.  See, e.g., Casellas v. Warden, FCI-Mendota, No. 1.23-cv-49 SKO, 2023 WL 4535030, *3 (July 13, 2023) (dismissing petition claiming BOP did not apply earned time credits based on failure to exhaust).

Moreover, based on the record, petitioner appears to be subject to a final order of deportation.  (See Vickers Decl. ¶ 6; DHS Immigration Detainer at App. 30 (Docket No. 7-1).)  Inmates with a final order of deportation are ineligible for application of earned time credits.  See, e.g., Garcia v. Thompson, Civil Action No. 3:23-0495, 2023 WL 3483236, *1-2 (M.D. Pa. May 16, 2023).  Accordingly, it appears that the petition is also subject to dismissal on this ground.[1]

Accordingly, IT IS HEREBY ORDERED that:

---

[1]  Even assuming that petitioner had exhausted his administrative remedies and was not subject to deportation, the Bureau of Prison's inmate locator indicates that he was released on January 30, 2024, and thus his petition appears to be moot.

2

1. The court declines to adopt the findings and recommendations filed January 3, 2024;

2. Respondent's October 18, 2023 motion to dismiss (Docket No. 7) is GRANTED; and

3. This action is dismissed.

Dated: February 14, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE